United States District Court
Southern District of Texas
**ENTERED**
April 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-00260 |
| | § | |
| ELEVATION R ALLAH, *et al*, | § § | |
| Defendants. | § | |

## **ORDER**

A Settlement Conference will be conducted by a United States Magistrate Judge.

It is therefore ORDERED that this matter is referred to United States Magistrate Judge Andrew M. Edison for the purposes of conducting a settlement conference.

SIGNED at Houston, Texas, this 16th day of April, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE